**No. 10-11023. Manuel Salinas-Soto, Petitioner v. United States.**

565 U.S. 863, 132 S. Ct. 204, 181 L. Ed. 2d 109, 2011 U.S. LEXIS 6010.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 416 Fed. Appx. 464.

**No. 10-11024. Clarence Lasalle Rose, Petitioner v. Michael S. Evans, Warden.**

565 U.S. 863, 132 S. Ct. 204, 181 L. Ed. 2d 109, 2011 U.S. LEXIS 6233.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 414 Fed. Appx. 1.

**No. 10-11025. Antonio Thompson, Petitioner v. United States.**

565 U.S. 863, 132 S. Ct. 204, 181 L. Ed. 2d 109, 2011 U.S. LEXIS 6029.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 423 Fed. Appx. 334.

**No. 10-11026. Joseph Young, Petitioner v. United States.**

565 U.S. 863, 132 S. Ct. 204, 181 L. Ed. 2d 109, 2011 U.S. LEXIS 6005.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 634 F.3d 233.

**No. 10-11027. Charles Tanner, Petitioner v. United States.**

565 U.S. 863, 132 S. Ct. 204, 181 L. Ed. 2d 109, 2011 U.S. LEXIS 6132.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 628 F.3d 890.

**No. 10-11028. Christopher Weatherall, Petitioner v. Brigham Sloan, Warden, et al.**

565 U.S. 863, 132 S. Ct. 205, 181 L. Ed. 2d 109, 2011 U.S. LEXIS 6517.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 415 Fed. Appx. 846.

**No. 10-11029. Francisco Antonio Serafin-Rodriguez, aka Francisco Antonio Serafin, aka Francisco Serafin, Petitioner v. United States.**

565 U.S. 863, 132 S. Ct. 205, 181 L. Ed. 2d 109, 2011 U.S. LEXIS 6532.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 417 Fed. Appx. 410.